RECEIVED
AUG 1 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE OPELOUSAS DIVISION

RECEIVED
SEP 1 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | | |
|---|---|---|
| **ANGELA S. SMITH** | : | **DOCKET NO. 05-862** |
| VS. | : | JUDGE MELANÇON |
| **COURTESY AUTOMOTIVE GROUP** | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 5] is **DENIED**.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 9th day of September, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 9-14-05
BY mf
TO TLM
PJ