
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 09/11/06

**MINUTE ENTRY**

Judge Tucker L. Melançon

September 8, 2006

Angela S. Smith

v.                                                           Civil Action No. 6:05-862

Courtesy Automotive Group

The Court having been advised that the above action has been settled, it is

ordered that defendant Courtesy Automotive Group's Motion for Summary Judgment

[Rec. Doc. 19] is denied as moot.